UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 23, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00024-GEB |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ISAIAH BURKS, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ISAIAH BURKS,

Case No. 2:18-cr-00024-GEB Charge 18 USC §§ 371, 922(a)(1)(A), from custody for the following reasons:for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit   *Co signed by mother Roezell Carter*

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other):

Issued at Sacramento, California on May 23, 2018 at 2:10 pm.

By: _____

Magistrate Judge Carolyn K. Delaney