Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ISAIAH BURKS AND<br>JOSHUA MARKANSON,<br>　　　　　　　Defendants. | Case No.: 2:18-CR-00024 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: November 21, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　Defendants Joshua Markanson and Isaiah Burks through their counsel of record, and the United States of America, through its undersigned counsel, stipulate that the status conference currently set for November 21, 2019 be continued to December 5, 2019, at 9:30 a.m.

　　　The next status conference in this case was originally set for November 15, 2019 before Judge Burrell. Prior to that date, the case was reassigned to this Court, which originally scheduled the status conference for November 22, 2019 at 9:30 a.m. The Court, on its own motion, then reset the status conference for November 21, 2019.

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

Due to a previously scheduled obligation, defense counsel Etan Zaitsu is unable to attend the November 21st court appearance, and requests that the Status Conference be reset to the next available court date.

Based on the foregoing, the parties agree and stipulate that the status conference currently set for November 21, 2019, be continued to December 5, 2019 at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including December 5, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], and General Order 479 [Local Code T4], based on defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

| | |
|---|---|
| Dated: November 18, 2019 | */s/ Etan Zaitsu*<br>ETAN ZAITSU<br>Attorney for Defendant Joshua Markanson |
| Dated: November 18, 2019 | */s/ Timothy H. Delgado*<br>TIMOTHY H. DELGADO<br>Assistant United States Attorney<br>Attorneys for Plaintiff United States |
| Dated: November 18, 2019 | */s/ Philip Cozens*<br>Philip Cozens<br>Attorney for Defendant Isaiah Burks |

2
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including December 5, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 21, 2019 status conference be continued until December 5, 2019, at 9:30 a.m.

Dated: November 19, 2019

Troy L. Nunley
United States District Judge