Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Isaiah Burks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-0024 TLN |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE |
|  | ) | AND ORDER |
| v. | ) |  |
| ISAIAH BURKS, | ) |  |
| Defendants. | ) |  |

    Defendant Isaiah Burks hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

    Defendant Isaiah Burks hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

PERSONAL WAIVER OF APPEARANCE           -1-

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and he has authorized his attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Respectfully submitted,

Dated: February 14, 2022

/s/ Isaiah Burks
Isaiah Burks
Defendant

Dated: February 14, 2022

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant,
Isaiah Burks

**ORDER**

**IT IS SO ORDERED.**

Dated: September 27, 2022

Troy L. Nunley
United States District Judge

PERSONAL WAIVER OF APPEARANCE    -2-