PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00024-TLN |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | DATE: December 8, 2022 |
| ISAIAH BURKS, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment and Superseding Indictment are dismissed against Isaiah Burks. With respect to this defendant only, the Trial Confirmation Hearing and Jury Trial are VACATED.

**DATE: DECEMBER 8, 2022**

_____
Troy L. Nunley
United States District Judge